UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CHERYL L. ROBERTSON,

      Plaintiff,

 v.

MICHAEL J. ASTRUE, Commissioner of the Social Security Administration,

      Defendant.

Case No. C10-5571-RAJ

**ORDER DISMISSING CASE**

  The court has considered the Report and Recommendation ("R&R") of the Honorable Brian A. Tsuchida, United States Magistrate Judge, as well as Plaintiff's objections to the R&R, Defendant's response to those objections, and the balance of the record. The court observes that the ALJ in this case faced the unenviable task of determining how well Plaintiff might function when not suffering from the effects of substance abuse. The court has examined the administrative record carefully, and finds no reason to disturb the ALJ's conclusion that putting aside those effects, Plaintiff is capable of working with certain non-exertional restrictions. The court thus agrees with the R&R's recommendation that the court affirm the ALJ. The court accordingly orders as follows:

  (1)  The Court adopts the R&R over Plaintiff's objections.

  (2)  The court affirms the final decision of the Commissioner and directs the clerk to dismiss this case with prejudice.

ORDER DISMISSING CASE - 1

1  (3) The court directs the clerk to enter judgment for Defendant.

2  (4) The court directs the clerk to send this order to the parties and to Judge Tsuchida.

3  DATED this 10th day of August, 2011.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Court Judge

ORDER DISMISSING CASE - 2